EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Diego Pagán Gutiérrez | 2006 TSPR 167<br><br>169 DPR _____ |

Número del Caso: TS-3809

Fecha: 10 de noviembre de 2006

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                                        TS-3809
Diego Pagán Gutiérrez


RESOLUCION

San Juan, Puerto Rico, a 10 de noviembre de 2006.

    Examinada la "Moción Contestando Resolución" del 18 de octubre de 2006, presentada por el Colegio de Abogados de Puerto Rico se autoriza al licenciado Diego Pagán Gutiérrez, a darse de baja como abogado, según solicitado por éste.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo